UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60974-CIV-ZLOCH
03-60292-CR-ZLOCH

RACIEL MIGUEL PEREZ,

     Movant,

vs.                             **<u>FINAL ORDER OF DISMISSAL</u>**

UNITED STATES OF AMERICA,

     Respondent.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 23) filed herein by United States Magistrate Judge Lurana S. Snow and upon the Objections To Magistrate's Report (DE 24) filed by the Movant, Raciel Miguel Perez. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Movant, Raciel Miguel Perez's Objections To Magistrate's Report (DE 24) be and the same is hereby **OVERRULED**;

2. The Report And Recommendation (DE 23) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court;

3. The Movant's Motion To Vacate (DE 1) be and the same is hereby **DENIED**;

4.    The above-styled cause be and the same is hereby **DISMISSED;** and

5.    To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of October, 2007.


_____
WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

Barry Butin, Esq.
Kevin M. Schad, Esq.
For Movant

Anne R. Schultz, Esq., AUSA
Scott Behnke, Esq., AUSA
For Respondent